JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABSALON GRUESO, | ) | NO. CV 15-4423-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| VALENSUELA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 4, 2015.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE